# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jacqueline Allen Bey ,

    Plaintiff(s),                           JUDGMENT IN A CIVIL CASE

vs.                                          3:11-cv-349

David A. Simpson, et al,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 18, 2012 and February 8, 2012 Orders.

Signed: February 8, 2012

Frank G. Johns, Clerk
United States District Court